February 9, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

ERIC POWELL AND EMMA POWELL, Appellants

NO. 14-11-00744-CV            V.

FEDERAL EXPRESS CORPORATION AND JASON ANTONIO HAYES, Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on June 9, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs incurred by reason of this appeal.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.